```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BRYAN J. TURNER                   :        CIVIL ACTION
                                  :
                                  :
                                  :
         v.                       :
                                  :
                                  :
CITY OF PHILADELPHIA              :        NO.16-4476
```

O R D E R

**AND NOW, TO WIT:** this 15th day of August, 2017, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                              **KATE BARKMAN,** Clerk of Court

                              **BY:**/s/ Mark A. Rafferty
                                        Mark A. Rafferty
                                         Deputy Clerk


E-mailed/faxed to:
Gerald Jay Pomerantz, Esq.
Mark S. Scheffer, Esq.
Christopher H. Rider, Esq.

Civ 2 (7/83)
41.1(b)